UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 07 B 22244
  JAMES V CRENSHAW
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK
      Debtor
  SSN XXX-XX-3209
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/28/07 .

2. The case was dismissed without confirmation, 03/28/2008.

3. The Debtor paid a total of $   405.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AURORA LOAN SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 381.51 |
| BERRIEN COUNTY FOC | CHILD SUPPORT | .00 | .00 | .00 |
| AMERICAN CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COLORADO STUDENT LOAN PR | UNSECURED | NOT FILED | .00 | .00 |
| COLORADO STUDENT LOAN PR | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |
| DRYER AMBULATORY SURGERY | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICHTINCALE CONANT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PINNACLE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| TEX COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF PHOENIX | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
---

```
                      SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00         .00         .00         .00          .00
PRINCIPAL PAID          381.51         .00         .00         .00       381.51
INTEREST PAID              .00         .00         .00         .00          .00
TOTAL PAID              381.51         .00         .00         .00       381.51
```

The Debtor's attorney, ERNESTO D BORGES JR         , was allowed $   3500.00
and was paid $     500.00   direct and $       .00  through the plan.

The Trustee received $      23.49 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/25/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE